UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | MASTER DOCKET NO. 12-cv-12052-FDS |
| | JUDGE: F. DENNIS SAYLOR IV |
| *THIS DOCUMENT RELATES TO*: | Civil Action No. 1:12-cv-12323 |
| DOROTHY BURTON, | |
| Plaintiff | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | |
| Defendants | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, AMERIDOSE, LLC**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance on behalf of the defendant, Ameridose, LLC, relative to the above-captioned case.

                                       The Defendant
                                       Ameridose, LLC,
                                       By its Attorneys,

                                       *s/ Scott J. Tucker*
                                       Scott J. Tucker (BBO # 503940)
                                       Tucker, Saltzman & Dyer, LLP
                                       100 Franklin Street
                                       Boston, MA 02110
                                       Tel:    617-986-4223
                                       Fax:   617-986-6229
                                       E-mail:  tucker@tsd-lawfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 1, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*s/ Scott J. Tucker*
*Attorney for Defendant Ameridose, LLC*
